# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEU LOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:15-CV-0548-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court is defendant's motion to clarify the court's March 6, 2019, order regarding an award of fees to plaintiff's attorney under the Equal Access to Justice Act (ECF No. 25). Specifically, defendant seeks clarification of the 65-day deadline to pay fees awarded by the court. Good cause appearing therefor, defendant's motion is granted. The court clarifies the March 6, 2019, order to reflect that initiation of the payment process within the specified deadline

/ / /

/ / /

/ / /

/ / /

constitutes sufficient compliance.

Also before the court is plaintiff's counsel's request (ECF No. 24) for relief from the requirements of <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010), regarding payment of fees directly to counsel instead of the client. This request is denied. Pursuant to <u>Astrue</u>, and as stated in the court's March 6, 2019, order, fees are payable directly to the client, not counsel.

IT IS SO ORDERED.

Dated: May 29, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE